UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* TONYA M. ATCHISON, Plaintiff, | ) ) ) ) ) | Case No. 99-3307 (RCL) (Part of 01-MS-50 (RCL)) (TX) |
| v. | ) ) | |
| COLUMBIA/HCA HEALTHCARE, INC. *et al.*, Defendants. | ) ) ) ) ) | |

**FILED**

MAR 17 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This case comes before the Court on Relator's notice of dismissal [790], pursuant to the

Court's order of December 20, 2002 [737]. The government has consented to this dismissal by a

paper filed February 27, 2003. Upon consideration, it is hereby ORDERED that this case stands

DISMISSED.

SO ORDERED.

Royce C. Lamberth
United States District Judge

Date: 3-14-03

834/
/ 15